UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ASHLEE CLENDENING,                           Case No. 20-11820

     Plaintiff,                              Stephanie Dawkins Davis
v.                                            United States District Judge

STILLMAN, P.C.,

     Defendant.
_____/

## **JUDGMENT**

In accordance with the Court's Opinion and Order dated April 8, 2021, **IT IS ORDERED AND ADJUDGED** that the complaint is **DISMISSED** without prejudice.


Date:  April 12, 2021                    s/Stephanie Dawkins Davis
                                         HON. STEPHANIE DAWKINS DAVIS
                                         United States District Court Judge